**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ELIZABETH ROBEY,

        Plaintiff,

-vs-                                          Case No. 2:07-cv-706-FtM-34DNF

THE DISTRICT SCHOOL BOARD OF
COLLIER COUNTY, FLORIDA,

        Defendant.
_____/

**O R D E R**[1]

**THIS CAUSE** is before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. 32; Report), entered June 12, 2008, recommending that Defendant, the District School Board of Collier County, Florida's Motion to Dismiss Plaintiff's Complaint and Demand for Jury Trial (Doc. 6) be denied. To date, the parties have not filed any objections to the Report, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. Rule 72(b) advisory committee's note (1983); see also Macort v. Prem, Inc., 208 Fed. Appx. 781, 784 - 85 (11th Cir. 2006) (per curiam). Therefore, if no specific objections to findings of facts are filed, the

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the motion addressed herein and is not intended for official publication or to serve as precedent.

district court is not required to conduct a <u>de novo</u> review of those findings, but will review the legal conclusions in the report <u>de novo</u> to determine whether there is any clear error. <u>See Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993); <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>United States v. Rice</u>, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007); <u>see also</u> 28 U.S.C. § 636(b)(1).

Based upon an independent examination of the record and a <u>de novo</u> review of the legal conclusions, the Court finds that there is no clear error on the face of the record and it will accept the recommendation of the Magistrate Judge.

Accordingly, it is hereby **ORDERED**:

1. Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. 32) is **ACCEPTED**.

2. Defendant, the District School Board of Collier County, Florida's Motion to Dismiss Plaintiff's Complaint and Demand for Jury Trial (Doc. 6) is **DENIED**.

**DONE AND ORDERED** in Chambers, this 25th day of July, 2008.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

lc7

Copies to:

Counsel of Record

The Honorable Douglas N. Frazier
United States Magistrate Judge